DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHAI DEVELOPERS LIMITED PARTNERSHIP,**
Appellant,

v.

**FLORIDA DEPARTMENT OF TRANSPORTATION,**
Appellee.

No. 4D16-4308

[May 17, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. 12-9485(25).

Adam Richardson and Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.

Bradley S. Gould of GrayRobinson, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***